UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.: 5:14CR00019-001          Date: 7/17/2014

**Defendant:** George Henry Covarrubaiz (custody)     **Counsel:** Randy Cargill, AFPD

PRESENT:   JUDGE:           Michael F. Urbanski, USDJ       TIME IN COURT: 10:06-11:02, 11:15-1:00
           Deputy Clerk:    Jody Turner
           Court Reporter:  Sonia Ferris
           U. S. Attorney:  Grayson Hoffman
           USPO:            N/A
           Case Agent:      N/A
           Interpreter:     Manuel Prado, sworn and used

**WITNESSES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Senior State Trooper Joseph Keith Miller | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Motion to Suppress [30]:
Defense outlines their motion.
Government says the defense is only objecting to the stop.
Government presents evidence.
Government calls Senior State Trooper Joseph Keith Miller
Cross by Defense.
Redirect by Government.
Recross by Defense.
Redirect by Government.
Defense argues.
Defense to file their brief when they would like.
Government has 14 days to file a response.
Defense has 14 days to file a reply after government's response.
Parties to let the court know in their brief if they wish to have further argument.
Parties may supply the court with further evidence.

Defendant remanded to USM custody.