## VIRGINIA STATE POLICE CONTACT REPORT - Commercial Vehicle

Member Code Number: 6308    Team Number: 72    Truck Seal # Used:

**Shaded Box Section is Mandatory**

Date: 12-4-13   Day: WED   Time Stopped: 643AM
Highway: I-81   Direction: NB   Jur. Code: 082   Vehicle State: CA
Reason for stop: DEF EQUIPMENT LIGHTS ON TRACTOR/ OBSTUCTED LIC PLATE TRACTOR
Sex: Male ☒ Female ☐   Race: White ☐ Black ☐ Hispanic ☒ Indian ☐ Asian ☐ Other ☐
Indicators: Yes ☒ No ☐   Search: Yes ☒ No ☐   (if yes) Probable Cause ☐ or Consent ☒
Canine: Used: Yes ☒ No ☐   Alert: Yes ☒ No ☐   Seizure: Yes ☐ No ☒

### DRIVER

Name: (Last, First, Middle) COVARRUBAIZ, GEORGE HENRY   Date of Birth: 1975-06-22
SSN/OLN: A9703809   State: CA

### VEHICLE REGISTRATION INFORMATION

**Power Unit Information**
Year: 2008   Make: KENWORTH   License Plate: VP77781   State: CA
DOT Number: 1899793   Company Name: JACK RABBIT EXPRESS   Load Seal #:
**Trailer Information**   Company Address: 10005 MARCONI DR. 3 SAN DIEGO, CA 92154
Year: 2012   Make: WILSN   License Plate: 4LR6491   State: CA

### INDICATORS / ITEMS OF INTEREST

| | | | | | |
|---|---|---|---|---|---|
| Abnormal Sweating | ☒ | Deliberate Speech | ☐ | Heavy or Holding Breath | ☐ |
| Air Fresheners (Multiple) | ☐ | Difficulty Swallowing | ☐ | Hesitation (Itinerary, etc.) | ☐ |
| Anomalies (Explain) | ☐ | Disclaimers (FOP, etc.) | ☐ | Implausible Itinerary (Rehearsed) | ☐ |
| Anxiety | ☐ | Disinterest in Load | ☐ | Load Consistent (Content) | ☒ |
| Arm/Hand Gestures | ☐ | Drain Holes | ☐ | Locks/Keys | ☐ |
| Attire (Inappropriate for Industry) | ☒ | Evasiveness | ☐ | Log Book (Back Tracking, etc.) | ☒ |
| Audible/Deep Sighs | ☐ | Excessive Downtime | ☐ | Maps/GPS Unit | ☐ |
| Avoidance | ☐ | Excessive Nervousness (Explain) | ☐ | Masking Odors | ☐ |
| Bite/Chew/Lick Lips | ☐ | Eye Contact (Explain) | ☐ | Multiple Cell Phones | ☒ |
| Body Posture (Explain) | ☐ | Facial Expressions | ☐ | New Company (High DOT Number) | ☐ |
| Conflicting Stories | ☐ | Fake Smile/Laughter | ☐ | New Driver (Company) | ☐ |
| Cost Effective | ☐ | Fatigued | ☐ | New Paint | ☐ |
| Currency | ☐ | Feigned Memory Loss | ☐ | Non-CDL Passengers | ☐ |
| Deadheading/Bobtailing | ☐ | Ghosting | ☐ | Obvious Shaking | ☐ |

| | |
|---|---|
| Overtly Cooperative | ☒ |
| Pulsating Artery | ☐ |
| Refer Load Temp | ☐ |
| Rigid/Frozen | ☐ |
| Single State Reg. | ☐ |
| Skips Around Abruptly | ☐ |
| Source City/State | ☒ |
| Trailer Contents (Staged Props) | ☐ |
| Uses Qualifiers | ☐ |
| Voice Inflection/Tone | ☐ |
| Weapons | ☐ |
| Yawns Continuously | ☐ |
| BLOC/NADDIS/EPIC/CCH/TIPS | ☐ |
| Other (Note in Narrative) | ☐ |

### CLARIFYING INFORMATION / NOTES

CA TO CHAMBERSBURG PA WITH 7 GREEN EMPTY CONTAINERS GENERIC BILL WITH NO CONTACT INFO FOR SHIPPER OR PERSON REVEIVING LOAD.. WITH TWO PAGE OF CONTAINER NUMBERS DRIVER NERVOUS RIPPED BILL GETTING BILL OUT OF FOLDER. LOG OFF, RELIGIOUS ITEMS HANGING INSIDE OF CAB, EXCESS NERVOUS, KEPT TRYING TO LEAVE AND GO BACK TO TRUCK.

### JUSTIFICATION FOR BRIEF INVESTIGATIVE DETENTION / PROBABLE CAUSE FOR SEARCH

CONSENT FROM DRIVER/ PC K-9 ALERT ON COMMERCIAL VEHICLE

Canine Handler: GOTT   Members Present: GOTT, AIKENS, WARSINSKY
Estimated Time Released: 0900AM   Case Number:

Revised 5-16-10   FORM C
COVARRUBAIZ000201