CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 28 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No.: 5:14cr00019 |
| | ) |
| v. | ) |
| | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| GEORGE HENRY COVARRUBAIZ | ) |
| a/k/a *Jorge Covarrubiaz* | ) |
| a/k/a *George Henry Covarrubiaz* | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, the parties are hereby directed contact the Clerk to schedule this matter for an additional hearing and furthermore granted to leave to file additional briefs within ten (10) days of the entry of this Order. The Motion to Suppress by George Henry Covarrubaiz, Dkt. No. 30, shall remain **under advisement**.

It is so **ORDERED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: August 27, 2014

/s/ Michael F. Urbanski
_____
Michael F. Urbanski
United States District Judge