

GOVERNMENT
EXHIBIT

PENGAD 800-631-6989

# TRANSCRIPT

CASE FILE:                  R1-14-0058

TELEPHONE:                  (619) 754-5019

SUBSCRIBER:                 Not available

CALL:                       121

DATE:                       January 29, 2014

TIME:                       15:1:01

DURATION:                   00:04:04

OUTGOING:                   011-52664624750

SUBSCRIBER:                 Not available

PARTICIPANTS:               Everardo Amador, aka Conejo, aka Senior    [SENIOR]
                            George Henry Covarrubiaz, aka Jorge [COVARRUBIAZ]

TRANSCRIBED BY:             D. Armenta

REVIEWED BY:                B. Lopez


**Legend for this call:**
[ ]   =   Brackets are used to separate the transcriber / translator's remarks from the original
          words spoken.
[PH]  =   Phonetic rendition
[U/I] =   Unintelligible
[I/I] =   Unintelligible in Spanish
[I/A] =   Inaudible
Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | **[Comienzo de llamada]** | **[Beginning of call]** |
| COVARRUBIAZ | ¿Bueno? | Hello? |
| SENIOR | ¿Qué onda, George? | What's up, George? |
| COVARRUBIAZ | ¿Qué onda? ¿Qué *show*? | What's up? What's up? |
| SENIOR | ¿Qué *show*? Cómo, cómo [Falla de audio] | What's up? How, how [Audio glitch] |
| COVARRUBIAZ | Ahi vamos ahora.   Me habló este vato no, no, ya le dije que no le había contestado porque no estaba. La última [Falla de audio] pues yo lo, siento los dos dedos de las orillas como engarruñados. | We're going today. This guy called me and, I already told him, I had not answered because I was not here. The last [Audio cut out] well I feel the edge on two of my fingers stiff. |
| SENIOR | Órale. | Okay. |
| COVARRUBIAZ | [Falla de audio] una pinche chinga ahorita. | [Audio glitch] a damn hassle right now. |
| SENIOR | Órale, órale. | Okay, okay. |
| COVARRUBIAZ | [Ininteligible] poner queso.   Me dijo que tenía, tenía carga para [Falla de audio] mañana. | [Unintelligible] put cheese.   He told me that you had, had a load for [Audio glitch] tomorrow. |
| SENIOR | Sí, sí, pos si te sientes [Ininteligible] vente y vamos y cargamos [Falla de audio] con los *containers* otra vez ¿no? | Yes, yes if you feel [Unintelligible] come and we'll go and load [Audio glitch] with the containers again, okay? |
| COVARRUBIAZ | [Ininteligible] | [Unintelligible] |
| SENIOR | Eh, eh pues mañana que vengas te platico como le hacemos. Yo pienso que si [Falla de audio] con el otro encargo ¿eh? | Uh, uh, well when you come tomorrow I will explain how we'll do it. I think that it will [Audio glitch] with the other order, okay? |
| COVARRUBIAZ | Sí, simón. | Yes, yeah. |
| SENIOR | Yo te digo como le vamos hacer... de ahí no liase [Falla de audio] terminando ahí [Falla de audio] | I'll let you know how we're going to do it... from there it did not matter [Audio glitch] finishing |

COVARRUBIAZ WIRE TAPS001336

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | para ya ¿no? | there [Audio glitch] over there, okay? |
| COVARRUBIAZ | Simón. | Yeah. |
| SENIOR | Sí. | Yes. |
| COVARRUBIAZ | ¿Cómo a qué hora estás tú ahí en la yarda? | What time are you there at the yard? |
| SENIOR | Pues que... la cargada es de, de, de, de las nueve (9:00) pa' delante ¿no? En la [Falla de audio] | Well what... the load time is from nine (9:00) on, right? In the [Audio glitch] |
| COVARRUBIAZ | Simón | Yeah. |
| SENIOR | ¿Que tal si nos vemos ahí en la [Falla de audio] como a las nueve (9:00) y que vaya el Mono y te ayude a cargar y amarar? | What if we meet there at the [Audio glitch] around nine (9:00). And Mono can go and help you load and tie. |
| COVARRUBIAZ | Okay, simón. Sí, porque yo a la mejor no tengo carro. Ya le había dicho al Danny que le, que a ver si me podía dar raite el guey... | Okay, yeah. Yes, because I might not have a car. I had already told Danny that if, that if he could give me a ride, the dude... |
| SENIOR | Ujú. | Uh-huh. |
| COVARRUBIAZ | [Falla de audio] y si no pues agarro taxi. Es lo de menos. | [Audio glitch] and if not then I'll take a taxi. That's the least of it. |
| SENIOR | [Falla de audio] nos dices. Nos hechas un grito y en cuanto cruces [Falla de audio] crúzate ya mas o menos [Falla de audio] de la nueve (9:00), nueve y media (9:30) de la mañana. ¿Cómo la ves? | [Audio glitch] let us know. Give us a call as soon as you cross [Audio glitch] cross more or less around [Audio glitch] at nine (9:00), nine thirty (9:30) in the morning. What do you think? |
| COVARRUBIAZ | Simón [Falla de audio] | Yeah [Audio glitch] |
| SENIOR | Luego te explico como le quiero hacer eso [Falla de audio] | Then I'll explain how I want to do that [Audio glitch] |
| COVARRUBIAZ | Simón. | Yeah. |

Target Telephone: (619) 251-3025
Call: 121                    Παγε 3 οφ 6

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| SENIOR | Y, yo pienso que sí le hacemos [Falla de audio]. | And, I think we'll be able to [Audio glitch] |
| COVARRUBIAZ | Okay [Falla de audio] Entonces, mañana cotorreamos ahí. | Okay. [Audio glitch] well then, we'll talk there tomorrow. |
| SENIOR | Mañana nos nos vemos ahí [Falla de audio] dónde y todo el pedo y como le hacemos ¿no? Allá, allá llegando con el Júnior, pues ahí [Falla de audio] cosas ¿no? | We'll meet there tomorrow [Audio glitch] where and everything and how we'll do it, okay? Over there, over there, when we get to Junior's, well there [Audio glitch] stuff, okay? |
| COVARRUBIAZ | Simón. | Yeah. |
| SENIOR | Ey. | Uh-huh. |
| COVARRUBIAZ | Okay. Entonces, mañana cotorreamos bien que *show*. | Okay. Well then, we'll talk tomorrow about what's up. |
| SENIOR | Sí guey. Yo te explico mañana bien como está el pedo. Van hacer como unos treinta (30) paletas. | Yes dude. I'll explain tomorrow how it's going to be. It's going to be about thirty (30) pallets. |
| COVARRUBIAZ | Okay, simón. Ya está. | Okay, yeah.   All set. |
| SENIOR | Me traen del culo estos vergas. [Se ríe] | These fuckers are pressuring me [Laughs]. |
| COVARRUBIAZ | Sí, sí [Falla de audio].   Y los demás, ¿qué onda? ¿Cómo, cómo les fue? | Yes, yes [Audio glitch]. And the rest, what's up? How, how did it go? |
| SENIOR | Pues todo bien. Dice que nada. No, no, no habido [Falla de audio] todos y nada de fuera de lo [Falla de audio] todo en orden. | Well everything is fine. He said that nothing. There hasn't, hasn't been [Audio glitch] everything and nothing out of the [Audio glitch] everything was in order. |
| COVARRUBIAZ | Okay [Falla de audio] Le dice a Danny a ver si, si, no se si pueda conseguir unos focos. Me faltan focos. Bueno, no faltan focos. | Okay. [Audio glitch] Can you ask Danny if, I'm not sure if you can get some light bulbs. I'm missing light bulbs. Actually, I'm not missing light bulbs. |

COVARRUBAIZ WIRE TAPS001338

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| SENIOR | Ujú. | Uh-huh. |
| COVARRUBIAZ | Hay como diez (10) focos, conté yo... | There's about ten (10) light bulbs that I counted... |
| SENIOR | Sí. | Yes. |
| COVARRUBIAZ | ... que [Falla de audio] le prende [Ininteligible] de uno (1) a dos, de uno (1) a dos (2) [Ininteligible] | ... that [Audio glitch] turn on [Unintelligible] from one (1) to two (2), from one (1) to two (2) [Unintelligible] |
| SENIOR | ¿De los grandes? ¿De la del camarote? | The big ones?   For the cabin? |
| COVARRUBIAZ | De los grandes, de los grandes de, de camarote, de... y uno rojo de atrás. | The big ones, the big ones for the cabin and a red one for the back. |
| SENIOR | Okay. | Okay. |
| COVARRUBIAZ | Y [Falla de audio] anaranjado que me dejaste se lo puse [Falla de audio] necesitamos un blanco pero ya le puse anaranjado y prende bien. Nomás los, los otros. | And [Audio glitch] an orange one that you left I put [Audio glitch] we need a white one but I put an orange one and it turned on fine. Just the, the other ones. |
| SENIOR | No pues si quieres mañana... ven, vente como a la [Falla de audio] vamos y cargamos de volada y te damos el [Falla de audio] tardecita para que llegues de tardecita [Falla de audio] Junior y lo arreglamos ahí de volada. | No well if you want tomorrow... come, come around [Audio glitch] we'll go and load right away and we'll give you the [Audio glitch] afternoon so that you arrive in the afternoon [Audio glitch] Junior and we'll fix it there right away. |
| COVARRUBIAZ | Simón. Okay. Simón. Sí, no yo pensaba cruzar, cruzar en la, en la mañana [Falla de audio] por mis cosas y... ya arreglo todo y ya me voy mas tarde, tarde-noche. Pero ahí, ahí me explica bien como está el pedo para... | Yeah.   Okay, yeah. Yes, I had thought about crossing, crossing in the, in the morning [Audio glitch] for my things and... I'll arrange everything and I'll leave late, late in the evening. But you, you can explain to me what the deal is so that... |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| SENIOR | Sí ya, ya mas o menos lo, lo tengo planeado [Falla de audio] | Yes, I, I more or less have it planned [Audio glitch] |
| COVARRUBIAZ | Okay. | Okay. |
| SENIOR | Entonces [Falla de audio] Mono que vaya y te eche la mano ahí a cargar y [Falla de audio] acomodamos lo demás ¿no? | Well then [Audio glitch] for Mono to go and help you load there and [Audio glitch] arrange the rest, okay? |
| COVARRUBIAZ | [Falla de audio] Simón. Sale. | [Audio glitch] Yeah.   Done. |
| SENIOR | [Ininteligible] Ahí está. Sale. | [Unintelligible] All set.   Done. |
| COVARRUBIAZ | Okay. | Okay. |
| | **[Fin de llamada]** | **[End of call]** |



GOVERNMENT
EXHIBIT
2

# TRANSCRIPT

| | |
|---|---|
| CASE FILE: | R1-14-0058 |
| TELEPHONE: | (619) 754-5019 |
| SUBSCRIBER: | None available |
| CALL: | 126 |
| DATE: | January 29, 2014 |
| TIME: | 18:19:49 |
| DURATION: | 00:01:31 |
| OUTGOING: | (909) 543-9417 |
| SUBSCRIBER: | Not available |
| PARTICIPANTS: | Everardo Amador, aka Senior, aka Conejo   [SENIOR] |
| | Carlos Tarula, aka Junior   [TARULA |
| TRANSCRIBED BY: | D. Armenta |
| REVIEWED BY: | B. Lopez |

**Legend for this call:**
[ ]    =   Brackets are used to separate the transcriber / translator's remarks from the original
            words spoken.
[PH]   =   Phonetic rendition
[U/I]  =   Unintelligible
[I/I]  =   Unintelligible in Spanish
[I/A]  =   Inaudible
Words spoken or pronounced in another language have been italicized.

COVARRUBAIZ WIRE TAPS001347

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | **[Comienzo de llamada]** | **[Beginning of call]** |
| | **[Timbre telefónico]** | **[Telephone ring]** |
| TARULA | Ahí, sí se oye. | I can here you now. |
| SENIOR | Este otro puto [Falla de audio] boost no vale verga, el hijo de su puta madre. | This other fucking [Audio glitch] boost isn't worth shit, the son of a bitch. |
| TARULA | No, no. Esas chingaderas no ande comprando [Falla de audio]. | No, no. Don't be buying those things [Audio glitch] |
| SENIOR | Ahorita voy a ir al [Ininteligible]. No había fallado el guey. [Falla de audio]   cambiarlo a la verga. | Right now I'm going to [Unintelligible].   It hadn't given me any problems. [Audio Glitch] exchange it. |
| TARULA | Y sí. Sí, dele, dele [Falla de audio] aparato al Zurdo. | Yes. Yes, give him, give him [Audio glitch] device to Zurdo. |
| SENIOR | Este, este, este le di, con el que estaba hablando ahorita. | I gave him this, this, this one, the one you were talking on right now. |
| TARULA | Ah bueno. | Oh okay. |
| SENIOR | [Falla de audio] a la siete (7:00) de la mañana. | [Audio glitch] a seven (7:00) in the morning. |
| TARULA | [Ininteligible] | [Unintelligible] |
| SENIOR | Este, ahí lo pone de acuerdo. | Uh, coordinate with him. |
| TARULA | [Falla de audio] | [Audio glitch] |
| SENIOR | Son veintitres (23) y once (11) o veintiuno (21) y once. Algo así ¿no? | It's twenty three (23) and eleven (11) or twenty one (21) and eleven (11). Something like that, okay? |
| TARULA | *Okie dokie.* | Okie dokie. |
| SENIOR | Eh... nomás márquelos, ¿no? | Uh... just mark them, okay? |
| TARULA | Sí. ¿Lo de uno y lo de otro? | Yes.   One and the other one |

Target Telephone: (619) 754-5019
Call: 126                                        Παγε 2 οφ 3

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| SENIOR | Sí.   A los veintiuno (21) le pones una P. | Yes. On the twenty one (21) put a P. |
| TARULA | Okay, ya esta. | Okay. All set. |
| SENIOR | Y a los otros les pone una T de taco. | And the other ones put a T for taco. |
| TARULA | *Okie dokie.* | Okie dokie. |
| SENIOR | Van hacer veintiuno (21) y once (11). Veintiun (21) P y once (11) taco. | It's going to be twenty one (21) and eleven (11). Twenty one (21) P and eleven (11) taco. |
| TARULA | *Okie dokie.* | Okie dokie. |
| SENIOR | [Ininteligible] el Zurdo, el se los va a llevar, ¿no? | [Unintelligible] Zurdo is going to bring them to you, okay? |
| TARULA | Sí. | Yes. |
| SENIOR | Y yo le digo mañana como le vamos hacer con [Falla de audio] ¿no? | I'll let you know tomorrow how we're going to do it with [Audio glitch] okay? |
| TARULA | Simón.   Está bueno.   Entonces a la siete (7:00) [Falla de audio]. | Okay. Sounds good. So then at seven (7:00) [Audio glitch] |
| SENIOR | [Ininteligible] | [Unintelligible] |
| TARULA | Órale pues.   Ahí le hablo en la mañana a ver que *show.* | Okay then. I'll call you in the morning to see what's up. |
| SENIOR | Sale. | Okay. |
| TARULA | Sale pues. Okay. | Got it.   Okay. |
| | **[Fin de llamada]** | **[End of call]** |

COVARRUBAIZ WIRE TAPS001349



# TRANSCRIPT

| | |
|---|---|
| CASE FILE: | R1-14-0058 |
| TELEPHONE: | (619) 251-4185 |
| SUBSCRIBER: | Jose Lopez<br>PO Box 54988<br>Irvine, CA 92619 |
| CALL: | 5289 |
| DATE: | January 29, 2014 |
| TIME: | 17:47:39 |
| DURATION: | 00:02:28 |
| INCOMING: | 011 52-6641279126 |
| SUBSCRIBER: | Not available |
| PARTICIPANTS: | Everardo Amador, aka Senior, aka Conejo    [SENIOR]<br>Juan LNU                                              [JUAN] |
| TRANSCRIBED BY: | D. Armenta |
| REVIEWED BY: | B. Lopez |

**Legend for this call:**

[ ]    =   Brackets are used to separate the transcriber / translator's remarks from the original
               words spoken.
[PH]  =   Phonetic rendition
[U/I]  =   Unintelligible
[I/I]   =   Unintelligible in Spanish
[I/A]  =   Inaudible
Words spoken or pronounced in another language have been italicized.

COVARRUBAIZ WIRE TRAPS   001204

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | [Comienzo de llamada] | [Beginning of call] |
| | [Timbre telefónico] | [Telephone ring] |
| SENIOR | Échale. | Go ahead. |
| JUAN | ¿Qué rollo? | What's up? |
| SENIOR | Aquí huevoniando, peleando el frío. | Here being lazy, fighting the cold. |
| JUAN | ¿Quieres ir a pistear con el Tijeras? | You want to go drink with Tijeras? |
| SENIOR | Ey. No, pa' salir de aquí para allá. | Yeah.   No, go from here to there. |
| JUAN | Por eso, ¿quieres ir a pistear con el Tijeras, pues? | That's why. You want to go drink with Tijeras, then? |
| SENIOR | Simón. Con ese mero. | Yeah.   Exactly with him. |
| JUAN | Órale. | Okay. |
| SENIOR | Sí. | Yes. |
| JUAN | Eh, pero no, no tu, no tu compadre no tiene nada que [Ininteligible] ¿verdad? | Eh, but your buddy doesn't, doesn't have anything [Unintelligible], right? |
| SENIOR | No, no, no. Mi compadre anda en El Bastón. | No, no, no. My buddy is at El Baston. |
| JUAN | Okay. Eh ¿a qué hora quieres que vean al, al, al ayudante tuyo? | Okay. Uh, what time do you want your helper to be seen? |
| SENIOR | Pues ahí cuando, tú dime. No se si mañana temprano o... | Well there when, you tell me. I'm not sure if early tomorrow or... |
| JUAN | Tú dime. | You tell me |
| SENIOR | Mañana temprano para estar listo yo ya pa', despés de las tres (3:00), cuatro (4:00) de la tarde que pase este por ahí. | Tomorrow early so I can be ready by, after three (3:00), four (4:00) in the afternoon when he stops by there. |
| JUAN | ¿[Ininteligible] te gustaría? | [Unintelligible] would you like? |
| SENIOR | ¿Mande? | Excuse me? |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| JUAN | ¿A qué hora te gustaría que lo vieran? | What time do you want him to be seen? |
| SENIOR | A ver, no te oigo. | Let's see, I can't hear you. |
| JUAN | ¿A que hora te gustaría que lo vieran? | What time would you like him to be seen? |
| SENIOR | Pues yo diría temprano pa' que no, no se andan haciendo chingaderas en el, ahí a la hora del tráfico ¿no? | Well I'd say early so that they won't be doing shit there during traffic hour, right? |
| JUAN | ¿Qué le digo? ¿Las siete (7:00), las ocho (8:00)? ¿A qué hora? | What should I tell him? Seven (7:00), eight (8:00)? What time? |
| SENIOR | A las siete (7:00) de la mañana esta bien. Yo pongo de acuerdo aquel hombre ahí que le habrá la, la bodega. | Seven (7:00) in the morning is fine. I'll let the guy know there to open the, the warehouse. |
| JUAN | Okay. Checo que rollo y te doy el [Ininteligible] ahorita pa' atrás. | Okay. I'll check what's up and I'll give you the [Unintelligible] right back. |
| SENIOR | Sí. Ahorita estoy, estoy también viendo a ver si pasan a ver al Tijeras, el amigo que andaba allá y si no, pues este mismo que lo vea. Que de la vuelta completa. | Yes. Right now I'm, I'm checking to see if they can stop by to see Tijeras, the friend who was over there and if not, this same one can see him. He can do the complete trip. |
| JUAN | Bueno.   Si puedes verlo antes, mejor. Porque tengo para, tengo para el que anda allá y tengo para este, pero no quiero juntarlo. | Okay.   It would be better if he can be seen before.   Because I have for, I have for the one who is over there and for this one but I don't want to combine it. |
| SENIOR | Ujú. Simon. | Uh-huh.   Yeah. |
| JUAN | Por eso te digo. Pues está, está, está agradable el asunto, pues. | That's why I'm telling you. The matter is, is, is pleasant. |
| SENIOR | Sí, sí. | Yes, yes. |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| JUAN | Entonces si puedes verlo allá y este ver a otro, mejor. | So if he can be seen over there and this one see another, better. |
| SENIOR | Okay. Sí, pues uno de aquí pa' allá. El, el otro todavía no me avisa si ya consiguió movimiento o que pedo. Nomás me dijo que en eso andaba pero todavía no me asegura nada. | Okay. Yes, well one from here to there. The, the other one has not notified me if he got something or what's going on. He just told me he was working on it but he has not confirmed anything. |
| JUAN | Sí, te digo porque tengo para los dos. Por eso te digo. Si puedes aprovechar los dos pues de, de una vez. | Yes, because I have for both. That's why I'm telling you. If you can take advantage of both, then do it. |
| SENIOR | Okay.    Está bueno. | Okay. Sounds good. |
| JUAN | Okay. Entonces checo con mi compadre y te digo que rollo. | Okay. Then I'll check with my buddy and I'll let you know what's up. |
| SENIOR | Y a, y a mi compadre mentiritas lo voy a ver a las cinco (5:00) de la mañana. | And, and I'm going to see my buddy the liar at five (5:00) in the morning. |
| JUAN | Al [Se ríe] mentiritas, al, al [Ininteligible]. | The [Laughs] liar, the, the [Unintelligible] |
| SENIOR | Ey, ese mero. | Yes, that one. |
| JUAN | Así le voy a decir a [Ininteligible] a tu compadre. | I'm going to call your buddy [Unintelligible] now. |
| SENIOR | [Se ríe] Bueno. | [Laughs] Good. |
| JUAN | Sí, [Ininteligible] o puro [Ininteligible] | Yes, [Unintelligible] or just [Unintelligible]. |
| SENIOR | Sí. Así está bien. No ahorita sigo hablando [Ininteligible] . | Yes. That's fine.   I'll keep calling [Unintelligible]. |
| JUAN | ¿Qué cosa? ¿Bueno? | What was that? Hello? |
| | **[Fin de llamada]** | **[End of call]** |



# TRANSCRIPT

CASE FILE:                R1-14-0058

TELEPHONE:                (619) 251-4185

SUBSCRIBER:               Jose Lopez
                          PO Box 54988
                          Irvine, CA 92619

CALL:                     5291

DATE:                     January 29, 2014

TIME:                     18:04:05

DURATION:                 00:00:00

OUTGOING:                 011-526641279126

SUBSCRIBER:               Not available

PARTICIPANTS:             SMS TEXT

TRANSCRIBED BY:           D. Armenta

REVIEWED BY:              B. Lopez


**Legend for this call:**
[ ]      =   Brackets are used to separate the transcriber / translator's remarks from the original
                 words spoken.
[PH]     =   Phonetic rendition
[U/I]    =   Unintelligible
[I/I]    =   Unintelligible in Spanish
[I/A]    =   Inaudible
Words spoken or pronounced in another language have been italicized.

COVARRUBAIZ WIRE TRAPS   001253

| SMS TEXT TRANSCRIPTION | SMS TEXT TRANSLATION |
|---|---|
| **[Comienzo de mensaje]** | **[Beginning of message]** |
| Te va a dar el surdo 23 primos de chocho. Y 11 t de otro sr.   Pero van para el mismo lugar pero para 2 personas diferentes. Y mandame el tel de jr | Surdo is going to give you 23 of Chocho's cousins and 11 for another guy. They are going to the same place but for two different people.   Send me Jr's phone number. |
| **[Fin de mensaje]** | **[End of message]** |

Παγε 2 οφ  2

COVARRUBAIZ WIRE TRAPS   001254



PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
5

# TRANSCRIPT

| | |
|---|---|
| CASE FILE: | R1-14-0058 |
| TELEPHONE: | (619) 251-4185 |
| SUBSCRIBER: | Jose Lopez<br>PO Box 54988<br>Irvine, CA 92619 |
| CALL: | 5294 |
| DATE: | January 29, 2014 |
| TIME: | 18:15:32 |
| DURATION: | 00:00:47 |
| OUTGOING: | (949) 325-9315 |
| SUBSCRIBER: | Not available |
| PARTICIPANTS: | Everardo Amador, aka Senior, aka Conejo   [SENIOR]<br>Carlos Tarula, aka Junior   [TARULA] |
| TRANSCRIBED BY: | D. Armenta |
| REVIEWED BY: | B. Lopez |

**Legend for this call:**

| | | |
|---|---|---|
| [ ] | = | Brackets are used to separate the transcriber / translator's remarks from the original words spoken. |
| [PH] | = | Phonetic rendition |
| [U/I] | = | Unintelligible |
| [I/I] | = | Unintelligible in Spanish |
| [I/A] | = | Inaudible |

Words spoken or pronounced in another language have been italicized.

COVARRUBAIZ WIRE TRAPS   001214

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | **[Comienzo de llamada]** | **[Beginning of call]** |
| | **[Timbre telefónico]** | **[Telephone ring]** |
| TARULA | ¿Mándeme? ¿Mándeme? | Hello? Hello? |
| SENIOR | ¿Qué dice? ¿Cómo le trata el frillito? | What's up? How's the cold treating you? |
| TARULA | Aquí estamos, Aquí estamos. Se está poniendo medio helado, hijo de su... | We're here, we're here. It's getting pretty cold, son of a... |
| SENIOR | Órale.   Oiga, ¿quiere que le de este aparato al Zurdo?   Lo va visitar mañana. | Okay.   Hey, do you want me to give Zurdo this device? He's going to visit you tomorrow. |
| TARULA | Simón. Este está bueno. [Pausa] ¿Ahí se oye?[Pausa] ¿Ahí está? | Yes. This, this one is fine. [Pause] Can you hear me? [Pause] Are you there? |
| | **[Fin de llamada]** | **[End of call]** |



# TRANSCRIPT

| | |
|---|---|
| CASE FILE: | R1-14-0058 |
| TELEPHONE: | (619) 251-4185 |
| SUBSCRIBER: | Jose Lopez<br>PO Box 54988<br>Irvine, CA 926ñ9 |
| CALL: | 5304 |
| DATE: | January 29, 2014 |
| TIME: | 18:49:37 |
| DURATION: | 00:02:29 |
| INCOMING: | 011-526641279126 |
| SUBSCRIBER: | Not available |
| PARTICIPANTS: | Everardo Amador, aka Senior, aka Conejo   [SENIOR]<br>Juan LNU   [JUAN] |
| TRANSCRIBED BY: | D. Armenta |
| REVIEWED BY: | B. Lopez |

**Legend for this call:**

| | | |
|---|---|---|
| [ ] | = | Brackets are used to separate the transcriber / translator's remarks from the original words spoken. |
| [PH] | = | Phonetic rendition |
| [U/I] | = | Unintelligible |
| [I/I] | = | Unintelligible in Spanish |
| [I/A] | = | Inaudible |

Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | [Comienzo de llamada] | [Beginning of call] |
| | [Timbre telefónico] | [Telephone ring] |
| SENIOR | Échale. | Go ahead. |
| JUAN | ¿Oye? | Hey? |
| SENIOR | Ey | Yes. |
| JUAN | Me dice mi compadre que el señor tú ya lo conoces. Que es el que le diste el seis (6) el otro día. | My buddy is telling me you already know the man. That he's the one you gave the six (6) to the other day. |
| SENIOR | Ujú. | Uh-huh. |
| JUAN | Que esa persona no es nada de batallosa. Que él va a ir a donde tú le digas. | That person is not difficult at all. That he will go wherever you tell him. |
| SENIOR | Okay. | Okay. |
| JUAN | Y de todos modos, él va ahorita hablar con Chocho para ver si en el inter nos hecha la mano el, el... ¿como se llama? El... | And either way, he's going to talk to Chocho right now to see if what's his name will give us a hand with the intern, what's his name? |
| SENIOR | El Tijeras, | Tijeras. |
| JUAN | ...el Tijeras, en su [Ininteligible], si nos puede hechar la mano el Tijeras para que se encargue de todo. Y si no, que el señor se va arrima a donde tú digas. No hay problema. | Tijeras, in his [Unintelligible], if Tijeras can give us a hand and be in charge of everything. And if not, the man will go wherever you tell him to. No problem. |
| SENIOR | Okay. Está bueno. | Okay. Sounds good. |
| JUAN | ¿Cómo la vez? | What do you think? |
| SENIOR | Sí. | Yes. |
| JUAN | ¿Le doy pa' adelante? | Should I move forward? |
| SENIOR | Sí, sí le doy... dale, dale pa' adelante. Ya hablé con el Junior ahorita para que a las siete (7:00) de la mañana lo | Yes, yes I'll go... move, move forward. I talked to Junior right now so they can see him there at seven |

COVARRUBAIZ WIRE TRAPS  001217

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| | vean ahí. | (7:00) in the morning. |
| JUAN | Sí pero necesito el teléfono de él. Me lo está pidiendo mi compadre. | Yes, but I need his number. My buddy is asking for it. |
| SENIOR | Simón. | Yes. |
| JUAN | Acuérdate que mi compadre me dijo que: "mándame el teléfono del Junior para que le hable el Zurdo". | Remember that my buddy told me, "Send me Junior's number so Zurdo can call him". |
| SENIOR | Ya te lo mandé. | I already sent it to you. |
| JUAN | No me a llegado. | I haven't received it. |
| SENIOR | A cabrón, pinche teléfono. Ahorita fui alegar del pinche teléfono.  Que es la, que es la red, no es el teléfono. | Oh shit, fucking phone. I just went to complain about the damn phone. It's the web, not the phone. |
| JUAN | Pues, mándamelo del otro. | Well, send it from the other one. |
| SENIOR | Ay, está bueno. Ahorita te lo mando. | Yeah, sounds good. I'll send it right now. |
| JUAN | Sale. Yo le, yo le... a la siete (7:00) [Ininteligible] van estar ahí con él. Ahorita le voy a decir.   Me das el número y le voy a decir que, que... que le marque para que se pongan de acuerdo ellos. | Alright. And I'll, and I'll... at seven (7:00) [Unintelligible] they'll be there. I'll tell him right now... give me the number and I'll tell him to, to, to call him so they can make arrangements. |
| SENIOR | Arre. | Done. |
| JUAN | Entonces te voy a, te voy a, fíjate bien, te voy a dar veintitrés (23) primos que le debo a Chocho. | So then I'm going to, I'm going to, listen,   I'm going to give you twenty three (23) cousins that I owe to Chocho. |
| SENIOR | Simón. | Yes. |
| JUAN | Y van a ser... ¿Cuánto te dije? ¿Once (11)? ¿Once (11), qué? ¿Cuánto te dije? | And it's going to be... How much did I tell you? Eleven (11)? Eleven (11), what? How many did I tell you? |
| SENIOR | Once (11) tacos. | Eleven (11) tacos. |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| JUAN | A, a ver. Aquí está. | Let's, let's see. It's right here. |
| SENIOR | [Ininteligible] once (11) T. | [Unintelligible] eleven (11) T. |
| JUAN | Tacos... a ver, a ver, a ver, a ver. A ver, sí son once (11) T. Así es. | Tacos... let's, let's, let's see. Let's see, yes it's eleven (11) T. That's it. |
| SENIOR | Once (11) T. | Eleven (11) T. |
| JUAN | Once (11) T...galvanizado dijo el otro. | Eleven (11) T... galvanized, said he. |
| SENIOR | Simón. | Yes. |
| JUAN | Sale y vale.   Entonces así quedamos. Ahorita... | Got it.   So then it's set. Right now... |
| SENIOR | Este. ¡Oye! | Um, hey! |
| JUAN | ¿Mande? | Yes? |
| SENIOR | ¿Tu compadre o el Chocho, nadie tendrá unos pinches mil quinientos (1,500) pesos que me presten ahí? Para el, para el, para el chofer. | Your buddy or Chocho, does anyone have fucking a thousand five hundred (1,500) pesos that they can loan me? For the, for the, for the driver. |
| JUAN | Le digo que te lo, a ver si te los consigo ahorita, que te lo lleve el Zurdo.   Ahorita veo eso.   ¿Cuánto ocupas? ¿Mil quinientos (1,500)? | I'll tell him to, let's see if I can get it right now so that Zurdo can bring it to you.   I'll check on it right now. How much do you need? A thousand five hundred (1,500)? |
| SENIOR | Unos mil quinientos (1,500), dos mil (2,000) pesos. | About a thousand five hundred (1,500), two thousand (2,000) pesos. |
| JUAN | *Okie dokie* [Ininteligible]. | Okie dokie [Unintelligible]. |
| SENIOR | Sale. | Alright. |
| JUAN | Le voy a pedir dos (2) y le voy a decir, pa' que te los hagan llegar ahí, ahí con el Junior. | I'm going to ask for two (2) and have him bring it to you there with Junior. |
| SENIOR | Está bueno. | Sounds good. |

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| JUAN | Sale. | Okay. |
| SENIOR | Sale. | Okay. |
| | **[Fin de llamada]** | **[End of call]** |