## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CRIMINAL MINUTES - MOTION HEARING

**Case No.:** 5:14CR00019-001        **Date:** 9/29/2014

**Defendant:** George Henry Covarrubaiz, custody        **Counsel:** Randy Cargill, FPD

PRESENT:  JUDGE:            Michael F. Urbanski, USDJ        TIME IN COURT: 1:17-4:14; 4:34-6:20
                                                                            4 hours 43 mins
          Deputy Clerk:     Kristin Ayersman
          Court Reporter:   Sonia Ferris
          U. S. Attorney:   Grayson Hoffman
          USPO:             none present
          Case Agent:       Paul Laconti, DEA TFO
          Interpreter:      J. de Castellvi, P. Triana, both sworn and used

### WITNESSES:

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Blanca Lopez | 1. |
| 2. Gregg Mervis | 2. |
| 3. Paul Loconti | 3. |
| 4. Joseph Keith Miller | 4. |

**PROCEEDINGS:**

Parties present for further evidentiary hearing re 7/17/14 re [30] Motion to Suppress, both interpreters have been sworn.
Opening statements from parties.
USA calls Blanca Lopez, Supervisory Linguist, R.E.T.
USA moves in exhibits marked 1B and 1-20. Dft objects to all exhibits. Sustained, exhibits received.
Cross. Dft Ex 1 marked and moved in with objection. Overruled, exhibit received.
Redirect.
USA calls Special Agent Gregg Mervis, DEA.
Cross.
Redirect.
Recess 4:14
Reconvene 4:34
USA calls Paul Loconti, DEA TFO.
Cross.
Redirect.
USA calls Senior Virginia State Trooper Joseph Keith Miller.

Cross.
Redirect.
Bench Conference.
Argument.
Court will write opinion without further briefing.
Court adjourns.