✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| GEORGE HENRY COVARRUBAIZ | Case Number: 5:14CR00019-001 |

| PRESIDING JUDGE<br>Michael F. Urbanski, USDJ | PLAINTIFF'S ATTORNEY<br>Grayson Hoffman | DEFENDANT'S ATTORNEY<br>Randy Cargill, FPD |
|---|---|---|
| TRIAL DATE (S)<br>9/29/2014 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Kristin Ayersman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1B | | 9/29/2014 | yes | yes | CD (Lopez) |
| 1 | | 9/29/2014 | yes | yes | Transcript - call 121 (Lopez) |
| 2 | | 9/29/2014 | yes | yes | Transcript - call 126 (Lopez) |
| 3 | | 9/29/2014 | yes | yes | Transcript - call 5289 (Lopez) |
| 4 | | 9/29/2014 | yes | yes | Transcript - call 5291 (Lopez) |
| 5 | | 9/29/2014 | yes | yes | Transcript - call 5294 (Lopez) |
| 6 | | 9/29/2014 | yes | yes | Transcript - call 5304 (Lopez) |
| 7 | | 9/29/2014 | yes | yes | Transcript - call 294 (Lopez) |
| 8 | | 9/29/2014 | yes | yes | Transcript - call 290 (Lopez) |
| 9 | | 9/29/2014 | yes | yes | Transcript - call 157 (Lopez) |
| 10 | | 9/29/2014 | yes | yes | Transcript - call 132 (Lopez) |
| 11 | | 9/29/2014 | yes | yes | Transcript - call 5374 (Lopez) |
| 12 | | 9/29/2014 | yes | yes | Transcript - call 5376 (Lopez) |
| 13 | | 9/29/2014 | yes | yes | Transcript - call 5378 (Lopez) |
| 14 | | 9/29/2014 | yes | yes | Transcript - call 2 (Lopez) |
| 15 | | 9/29/2014 | yes | yes | Transcript - call 7 (Lopez) |
| 16 | | 9/29/2014 | yes | yes | Transcript - call 9 (Lopez) |
| 17 | | 9/29/2014 | yes | yes | Transcript - call 10 (Lopez) |
| 18 | | 9/29/2014 | yes | yes | Transcript - call 219 (Lopez) |
| 19 | | 9/29/2014 | yes | yes | Transcript - call 261 (Lopez) |
| 20 | | 9/29/2014 | yes | yes | Transcript - call 270 (Lopez) |
| | 1 | 9/29/2014 | yes | yes | Call Synopsis - call 121 (Lopez) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages