

# TRANSCRIPT

| | |
|---|---|
| CASE FILE: | R1-14-0058 |
| TELEPHONE: | (619) 754-5019 |
| SUBSCRIBER: | Not available |
| CALL: | 121 |
| DATE: | January 29, 2014 |
| TIME: | 15:19:01 |
| DURATION: | 00:04:04 |
| OUTGOING: | 011-52664624750 |
| SUBSCRIBER: | Not available |
| PARTICIPANTS: | Everardo Amador, aka Conejo, aka Senior   [SENIOR] |
| | George Henry Covarrubiaz, aka Jorge [COVARRUBIAZ] |
| TRANSCRIBED BY: | D. Armenta |
| REVIEWED BY: | B. Lopez |

**Legend for this call:**
[ ]  =  Brackets are used to separate the transcriber / translator's remarks from the original words spoken.
[PH]  =  Phonetic rendition
[U/I]  =  Unintelligible
[I/I]  =  Unintelligible in Spanish
[I/A]  =  Inaudible
Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|

Target Telephone: (619) 251-3025
Call: 121                                      Page 1 of 6

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | [Comienzo de llamada] | [Beginning of call] |
| COVARRUBIAZ | ¿Bueno? | Hello? |
| SENIOR | ¿Qué onda, George? | What's up, George? |
| COVARRUBIAZ | ¿Qué onda? ¿Qué *show*? | What's up? What's up? |
| SENIOR | ¿Qué *show*? Cómo, cómo [Falla de audio] | What's up? How, how [Audio glitch] |
| COVARRUBIAZ | Ahi vamos ahora. Me habló este vato no, no, ya le dije que no le había contestado porque no estaba. La última [Falla de audio] pues yo lo, siento los dos dedos de las orillas como engarruñados. | We're going today. This guy called me and, I already told him, I had not answered because I was not here. The last [Audio cut out] well I feel the edge on two of my fingers stiff. |
| SENIOR | Órale. | Okay. |
| COVARRUBIAZ | [Falla de audio] una pinche chinga ahorita. | [Audio glitch] a damn hassle right now. |
| SENIOR | Órale, órale. | Okay, okay. |
| COVARRUBIAZ | [Ininteligible] poner queso. Me dijo que tenía, tenía carga para [Falla de audio] mañana. | [Unintelligible] put cheese. He told me that you had, had a load for [Audio glitch] tomorrow. |
| SENIOR | Sí, sí, pos si te sientes [Ininteligible] vente y vamos y cargamos [Falla de audio] con los *containers* otra vez ¿no? | Yes, yes if you feel [Unintelligible] come and we'll go and load [Audio glitch] with the containers again, okay? |
| COVARRUBIAZ | [Ininteligible] | [Unintelligible] |
| SENIOR | Eh, eh pues mañana que vengas te platico como le hacemos. Yo pienso que si [Falla de audio] con el otro encargo ¿eh? | Uh, uh, well when you come tomorrow I will explain how we'll do it. I think that it will [Audio glitch] with the other order, okay? |
| COVARRUBIAZ | Sí, simón. | Yes, yeah. |
| SENIOR | Yo te digo como le vamos hacer... de ahí no liase [Falla de audio] terminando ahí [Falla de audio] | I'll let you know how we're going to do it... from there it did not matter [Audio glitch] finishing |

Target Telephone: (619) 251-3025
Call: 121                    Page 2 of 6

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | para ya ¿no? | there [Audio glitch] over there, okay? |
| COVARRUBIAZ | Simón. | Yeah. |
| SENIOR | Sí. | Yes. |
| COVARRUBIAZ | ¿Cómo a qué hora estás tú ahí en la yarda? | What time are you there at the yard? |
| SENIOR | Pues que... la cargada es de, de, de, de las nueve (9:00) pa' delante ¿no? En la [Falla de audio] | Well what... the load time is from nine (9:00) on, right? In the [Audio glitch] |
| COVARRUBIAZ | Simón | Yeah. |
| SENIOR | ¿Que tal si nos vemos ahí en la [Falla de audio] como a las nueve (9:00) y que vaya el Mono y te ayude a cargar y amarar? | What if we meet there at the [Audio glitch] around nine (9:00). And Mono can go and help you load and tie. |
| COVARRUBIAZ | Okay, simón. Sí, porque yo a la mejor no tengo carro. Ya le había dicho al Danny que le, que a ver si me podía dar raite el guey... | Okay, yeah. Yes, because I might not have a car. I had already told Danny that if, that if he could give me a ride, the dude... |
| SENIOR | Ujú. | Uh-huh. |
| COVARRUBIAZ | [Falla de audio] y si no pues agarro taxi. Es lo de menos. | [Audio glitch] and if not then I'll take a taxi. That's the least of it. |
| SENIOR | [Falla de audio] nos dices. Nos hechas un grito y en cuanto cruces [Falla de audio] crúzate ya mas o menos [Falla de audio] de la nueve (9:00), nueve y media (9:30) de la mañana. ¿Cómo la ves? | [Audio glitch] let us know. Give us a call and as soon as you cross [Audio glitch] cross more or less around [Audio glitch] at nine (9:00), nine thirty (9:30) in the morning. What do you think? |
| COVARRUBIAZ | Simón [Falla de audio] | Yeah [Audio glitch] |
| SENIOR | Luego te explico como le quiero hacer eso [Falla de audio] | Then I'll explain how I want to do that [Audio glitch] |
| COVARRUBIAZ | Simón. | Yeah. |
| SENIOR | Y, yo pienso que sí le hacemos | And, I think we'll be able to [Audio |

Target Telephone: (619) 251-3025
Call: 121

ʤɛ 3 ʤ 6

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | [Falla de audio]. | glitch] |
| COVARRUBIAZ | Okay [Falla de audio] Entonces, mañana cotorreamos ahí. | Okay. [Audio glitch] well then, we'll talk there tomorrow. |
| SENIOR | Mañana nos nos vemos ahí [Falla de audio] dónde y todo el pedo y como le hacemos ¿no? Allá, allá llegando con el Júnior, pues ahí [Falla de audio] cosas ¿no? | We'll meet there tomorrow [Audio glitch] where and everything and how we'll do it, okay? Over there, over there, when we get to Junior's, well there [Audio glitch] stuff, okay? |
| COVARRUBIAZ | Simón. | Yeah. |
| SENIOR | Ey. | Uh-huh. |
| COVARRUBIAZ | Okay. Entonces, mañana cotorreamos bien que *show*. | Okay. Well then, we'll talk tomorrow about what's up. |
| SENIOR | Sí guey. Yo te explico mañana bien como está el pedo. Van hacer como unos treinta (30) paletas. | Yes dude. I'll explain tomorrow how it's going to be. It's going to be about thirty (30) pallets. |
| COVARRUBIAZ | Okay, simón. Ya está. | Okay, yeah. All set. |
| SENIOR | Me traen del culo estos vergas. [Se ríe] | These fuckers are pressuring me [Laughs]. |
| COVARRUBIAZ | Sí, sí [Falla de audio]. Y los demás, ¿qué onda? ¿Cómo, cómo les fue? | Yes, yes [Audio glitch]. And the rest, what's up? How, how did it go? |
| SENIOR | Pues todo bien. Dice que nada. No, no, no habido [Falla de audio] todos y nada de fuera de lo [Falla de audio] todo en orden. | Well everything is fine. He said that nothing. There hasn't, hasn't been [Audio glitch] everything and nothing out of the [Audio glitch] everything was in order. |
| COVARRUBIAZ | Okay [Falla de audio] Le dice a Danny a ver si, si, no se si pueda conseguir unos focos. Me faltan focos. Bueno, no faltan focos. | Okay. [Audio glitch] Can you ask Danny if, I'm not sure if you can get some light bulbs. I'm missing light bulbs. Actually, I'm not missing light bulbs. |
| SENIOR | Ujú. | Uh-huh. |

Target Telephone: (619) 251-3025
Call: 121

Page 4 of 6

COVARRUBAIZ WIRE TAPS 001570

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| COVARRUBIAZ | Hay como diez (10) focos, conté yo... | There's about ten (10) light bulbs that I counted... |
| SENIOR | Sí. | Yes. |
| COVARRUBIAZ | ... que [Falla de audio] le prende [Ininteligible] de uno (1) a dos, de uno (1) a dos (2) [Ininteligible] | ... that [Audio glitch] turn on [Unintelligible] from one (1) to two (2), from one (1) to two (2) [Unintelligible] |
| SENIOR | ¿De los grandes? ¿De la del camarote? | The big ones? For the cabin? |
| COVARRUBIAZ | De los grandes, de los grandes de, de camarote, de... y uno rojo de atrás. | The big ones, the big ones for the cabin and a red one for the back. |
| SENIOR | Okay. | Okay. |
| COVARRUBIAZ | Y [Falla de audio] anaranjado que me dejaste se lo puse [Falla de audio] necesitamos un blanco pero ya le puse anaranjado y prende bien. Nomás los, los otros. | And [Audio glitch] an orange one that you left I put [Audio glitch] we need a white one but I put an orange one and it turned on fine. Just the, the other ones. |
| SENIOR | No pues si quieres mañana... ven, vente como a la [Falla de audio] vamos y cargamos de volada y te damos el [Falla de audio] tardecita para que llegues de tardecita [Falla de audio] Junior y lo arreglamos ahí de volada. | No well if you want tomorrow... come, come around [Audio glitch] we'll go and load right away and we'll give you the [Audio glitch] afternoon so that you arrive in the afternoon [Audio glitch] Junior and we'll fix it there right away. |
| COVARRUBIAZ | Simón. Okay. Simón. Sí, no yo pensaba cruzar, cruzar en la, en la mañana [Falla de audio] por mis cosas y... ya arreglo todo y ya me voy mas tarde, tarde-noche. Pero ahí, ahí me explica bien como está el pedo para... | Yeah. Okay, yeah. Yes, I had thought about crossing, crossing in the, in the morning [Audio glitch] for my things and... I'll arrange everything and I'll leave late, late in the evening. But you, you can explain to me what the deal is so that... |
| SENIOR | Sí ya, ya mas o menos lo, lo tengo planeado [Falla de audio] | Yes, I, I more or less have it planned [Audio glitch] |

Target Telephone: (619) 251-3025
Call: 121                                         Page 5 of 6

COVARRUBAIZ WIRE TAPS 001571

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| COVARRUBIAZ | Okay. | Okay. |
| SENIOR | Entonces [Falla de audio] Mono que vaya y te eche la mano ahí a cargar y [Falla de audio] acomodamos lo demás ¿no? | Well then [Audio glitch] for Mono to go and help you load there and [Audio glitch] arrange the rest, okay? |
| COVARRUBIAZ | [Falla de audio] Simón. Sale. | [Audio glitch] Yeah.  Done. |
| SENIOR | [Ininteligible] Ahí está. Sale. | [Unintelligible] All set.  Done. |
| COVARRUBIAZ | Okay. | Okay. |
| | **[Fin de llamada]** | **[End of call]** |

Target Telephone: (619) 251-3025
Call: 121                              Page 6 of 6