

| | |
|---|---|
| **CASE FILE:** | R1-14-0058 |
| **TELEPHONE:** | (619) 754-5019 |
| **SUBSCRIBER:** | Not available |
| **CALL:** | 270 |
| **DATE:** | February 03, 2014 |
| **TIME:** | 07:13:38 |
| **DURATION:** | 00:01:11 |
| **INCOMING:** | (619) 852-7433 |
| **SUBSCRIBER:** | Not available |
| **PARTICIPANTS:** | George Henry Covarrubiaz, a.ka. Jorge [COVARRUBIAZ]<br>Everardo Amador, a.k.a. Senior, a.k.a. Conejo [SENIOR] |
| **TRANSCRIBED BY:** | S. Elias |
| **REVIEWED BY:** | B. Lopez |

**Legend for this call:**
[ ]   =   Brackets are used to separate the transcriber / translator's remarks from the original words spoken.
[PH]  =   Phonetic rendition
[U/I] =   Unintelligible
[I/I] =   Unintelligible in Spanish
[I/A] =   Inaudible
Words spoken or pronounced in another language have been italicized.

Target Telephone: (619) 754-5019
Call: 270

COVARRUBAIZ WIRE TAPS001375

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | [Comienzo de llamada] | [Beginning of call] |
|  | [Timbre telefónico] | [Telephone ring] |
| SENIOR | Échele. | Go ahead. |
|  | [Interposición de voces] | [Voices overlap] |
| COVARRUBIAZ | Aló, buenos días. | Hello, good morning. |
| SENIOR | Buenos días. | Good morning. |
| COVARRUBIAZ | ¿Qué rollo?  Acá ando en... [Tose] Acá ando en... | What's up?  I'm here in... [Coughs] I'm here in... |
| SENIOR | ¿Eh? | Huh? |
| COVARRUBIAZ | ...uhmm... en Virginia. | ...uhmm... in Virginia. |
| SENIOR | Órale, órale. | Okay, okay. |
| COVARRUBIAZ | Supuestamente me falta como cuatro (4) horas pa' llegar allá... a...a Pennsylvania.  'Pa ver si [Ininteligible] ahora. | Supposedly I have about four (4) hours to go to arrive there... in... in Pennsylvania.  To see if [Unintelligible] today. |
|  | [Interposición de voces] | [Voices overlap] |
| SENIOR | [Ininteligible] Ajá. | [Unintelligible] Uh-huh. |
| COVARRUBIAZ | Dice el Danny, que... que ]Falla de audio] como a las tres (3:00). | Danny says that, that... [Audio glitch] around three (3:00). |
| SENIOR | Ajá. | Uh-huh. |
| COVARRUBIAZ | El *GPS* va llegar a las dos (2:00)... | The GPS to arrive at two (2:00)... |
| SENIOR | Órale.  Ah, no pues bueno, ahi tú me dices si la [Falla de audio] y para ver lo otro, ¿no? | Okay.  That's fine, just let me know if you'll [Audio glitch] and to see about the other, okay? |
| COVARRUBIAZ | Simón. Ahi te hablo.  Si armo te | Yes.  I'll call you.  If it's done, I'll |
| SENIOR | Arre, George, ahí ta.  Suerte, ahi | Sounds good, George.  Good luck |
|  | [Fin de llamada] | [End of call] |

Target Telephone: (619) 754-5019
Call:270

Παγε 2 οφ 2

COVARRUBAIZ WIRE TAPS001376