IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.   5:14-CR-00019 |
| **v.** | |
| **GEORGE HENRY COVARRUBIAZ** | |

## NOTICE OF USE OF EXPERT WITNESS

Comes now the United States of America, by its undersigned counsel, and gives notice of its intent to use the expert witness identified below.   This notice is being filed pursuant to Federal Rule of Criminal Procedure 16.

Nicole Edwards; B.S., Senior Forensic Chemist, Department of Justice, Drug Enforcement Administration, Mid-Atlantic Laboratory, Largo, MD

The certificates of analyses describing the subject about which the above-referenced forensic scientist will testify have previously been provided to the defendant.   A copy of their curriculum vitae or resume is attached.

    Respectfully Submitted,

    TIMOTHY J. HEAPHY
    United States Attorney
    <u>s/ Grayson A. Hoffman</u>
    Grayson A. Hoffman (Virginia 73726)
    Assistant United States Attorney
    116 North Main Street, Ste. 130
    Harrisonburg, Virginia 22802

<u>C E R T I F I C A T E</u>

I hereby certify that on this 30th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to defense counsel.

<u>s/ Grayson A. Hoffman</u>
Grayson A. Hoffman
Assistant United States Attorney
