IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 5:14-cr-00019 |
| v. | ) | |
| | ) | |
| GEORGE HENRY COVARRUBAIZ, | ) | By:   Michael F. Urbanski |
| a/k/a Jorge Covarrubiaz | ) | United States District Judge |
| a/k/a George Henry Covarrubiaz | ) | |
|    Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion entered this day, defendant's motion in limine to bar reopening of the suppression hearing (Dkt. No. 55) is **GRANTED** and the motion to suppress (Dkt. No. 30) is **DENIED**.

It is **SO ORDERED**.

Entered:  January 16, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge