# CRIMINAL MINUTES - PRETRIAL CONFERENCE

Case No.:5:14CR00019-001          Date: 1/20/2015

---

**USA v. Covarrubiaz**

**Defendant(s):**  George Covarrubiaz, custody        **Counsel:**    Randy Cargill, FPD

---

**PRESENT:**   Judge:  Michael F. Urbanski, USDJ          Time in Court:   2:23-2:54  31 mins
Deputy Clerk: Kristin Ayersman
Court Reporter: Judy Webb
U. S. Attorney: Grayson Hoffman
Case Agent:  Gregg Mervis, DEA
USPO: none present
Interpreter:  E. Lunsford, sworn

( ) Plea agreement filed with court
( ) Defendant will enter Guilty Plea w/o Plea Agreement
( ) Plea negotiations ongoing
( ) Proceeding to Trial
( ) Deft. remains on bond
(X) Deft. remanded to custody.
(X) Motions hearing held. Dft oral motion to continue jury trial. Dft recv'd disc from USA with another 187 recorded phone calls last Friday and needs time to go through all of that and cannot do so prior to 1/26/15. Dft also orally moving for reconsideration of bond, in light of Mr. Amador. USA response.  USA opposes bond – cites presumption, burden on dft re flight risk and danger to community.  USA would ask for some time to prepare for hearing on issue or written pleading. Ct would prefer to set a bond hearing next week. Dft orally waives speedy trial. Ct grants motion to continue jury trial.  Ct will continue dft in detention pending setting of bond hearing next week.  Ct asks dft counsel to file waiver of speedy trial.  Bond hearing set for 1/28/15 @ 10am in Harrisonburg, interpreter needed.