FILED IN OPEN COURT
DATE 1/28/2015
BY J. Turner
DEPUTY CLERK
HARRISONBURG DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 5:14CR00019 |
| ) | |
| GEORGE COVARRUBAIZ, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL

I, George Covarrubaiz hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

_____
Defendant

_____
Counsel

1/28/15
_____
Date