IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 5:14cr00019-001                                    Date: 1/28/2015

**Defendant:** George Henry Covarrubaiz (custody)          **Counsel:** Randy Cargill, AFPD

PRESENT:   JUDGE:            Michael F. Urbanski, USDJ     TIME IN COURT: 10:18 – 10:45, 10:59 – 11:22, 11:27 - 11:44
           Deputy Clerk:     Jody Turner
           Court Reporter:   Sonia Ferris
           U. S. Attorney:   Grayson Hoffman
           USPO:             Angela George
           Case Agent:       Julie Whisenhunt, DEA
           Interpreter:      Interpreter

## BOND HEARING

- [x] Bond hearing held.  Government calls Julie Whisenhunt, DEA.
- [x] Government does oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.  Written appearance bond and order setting conditions of release to follow.
- [ ] Defendant remanded to custody pending posting of secured bond.
- [x] Bond denied.  Defendant remanded to custody.  Court finds defendant did not overcome the presumption, and is a risk of flight and inconsistent statements on residents. Order of detention stays in effect.

In addition to the standard conditions of release, the following special conditions of release are imposed:

- [ ] The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
- [ ] The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
- [ ] The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
- [ ] The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
- [ ] The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
- [ ] The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
- [ ] The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
- [ ] The defendant shall actively seek and/or maintain employment.

- [ ] The defendant shall maintain or commence an education program.
- [ ] The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
- [ ] The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.
- [ ] The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.
- [ ] The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense.
- [ ] The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.
- [ ] Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

- [ ] Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
Government asks the court to identify the exclusion for speedy trial.
Court outlines the reasons for the continuances and finds there is no speedy trial violations.