✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

USA

V.

GEORGE HENRY COVARRUBAIZ

## EXHIBIT AND WITNESS LIST

Case Number: 5:14CR00019-001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, USDJ | Grayson Hoffman | Randy Cargill |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/28/2015 - Sentencing | Sonia Ferris | Jody Turner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Transcript of Call on 1/29/2014 |
| 2 | | | | | Transcript of Call on 1/30/2014 |
| 3 | | | | | Report of FBI Cellular Analysis Survey |
| | 1 | | | | Character Documents |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages