CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 29 2015

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:14-cr-00019 |
| v. ) | |
| ) | |
| GEORGE HENRY COVARRUBAIZ, ) | By:  Michael F. Urbanski |
| a/k/a *Jorge Covarrubiaz* ) | United States District Judge |
| a/k/a *George Henry Covarrubiaz* ) | |
|     Defendant. ) | |

## ORDER

For the reasons set forth on the record in open court at the hearing held on January 20, 2015, the court will continue the trial of this case until March 9, 2015, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Counsel for the defendant represented to the court that despite exercising due diligence such a continuance was necessary in order to effectively prepare for trial.

In particular, defense counsel noted that voluminous additional discovery had recently been provided by the government consisting of wiretap transcripts which required careful review. Counsel for the government excused the late production, stating that he was not previously aware that these wiretap transcripts existed until just recently and that he produced them to the defendant as soon as he became aware of them.

Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that a continuance to serve the ends of justice is necessary in order to allow defense counsel reasonable time necessary to effectively prepare for trial, and the delay resulting from this continuance shall be excluded for purposes of speedy trial. Defendant's oral motion to continue, Dkt. No. 101, is hereby **GRANTED**, and it is **ORDERED** that the jury trial in this case be **CONTINUED** to March 9, 2015.

It is **SO ORDERED**.

Entered: January 28, 2015

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge