IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:14-CR00019 |
| ) | |
| GEORGE HENRY COVARRUBAIZ ) | |

### NOTICE OF WITHDRAWL OF COUNSEL

To the Clerk of Court and all parties of record:

    Please withdraw the appearance of Assistant United States Attorney Grayson A. Hoffman in this matter.

Date:   February 11, 2015

                                        S/Grayson A. Hoffman
                                        GRAYSON A. HOFFMAN
                                        Assistant United States Attorney
                                        116 North Main Street
                                        Harrisonburg, VA  22802