IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:14-cr-00019 |
| | ) | |
| GEORGE HENRY COVARRUBAIZ | ) | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Heather L. Carlton as counsel in the case on behalf of the

United States of America.


Date:   February 11, 2015

S/HEATHER L. CARLTON
Heather l. Carlton
Assistant United States Attorney
116 North Main Street
Harrisonburg, VA  22802