## CRIMINAL MINUTES - PRETRIAL CONFERENCE

Case No.:5:14cr00019-001              Date: 3/3/2015

USA v. Covarrubaiz

**Defendant(s):** George Henry Covarrubaiz (custody)        **Counsel:** Frederick Heblich, AFPD

**PRESENT:** Judge: Michael F. Urbanski, USDJ            **Time in Court:** 11:15 – 11:50
Deputy Clerk: Jody Turner
Court Reporter: Sonia Ferris
U. S. Attorney: Heather Carlton
Case Agent: N/A
USPO: N/A
Interpreter: Johnny Benningfield, sworn and used

( ) Plea agreement filed with court
( ) Defendant will enter Guilty Plea w/o Plea Agreement
( ) Plea negotiations ongoing
( ) Proceeding to Trial
( ) Deft. remains on bond
(X) Deft. remanded to custody.

( X) Motions hearing held.

Parties inform the courtof the status of the case.
Defendant wants to go to trial.
Parties discuss the motion in limine pending in this case.
Court will rule on these matters during trial.
Defense is not prepared to go to trial next week.
Defense has a witness that needs to be brought from CA.
Court will allow a brief continuance.
Court found the continuance was justified under 18:3161.
Jury trial reset for 4/6 – 4/8/2015.
Government requests new motion in limine deadline.
Court orders each side to file any pretrial motions to be filed by 3/16/2015. Responses due 3/23/2015.
Pretrial conference and motion hearing to be held on 3/25/2015 @ 10:00.


Defendant remanded to USM custody.