UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.: 5:14CR00019-001          Date: 3/13/2015

**Defendant:** George Henry Covarrubaiz (not present)          **Counsel:** Frederick Heblich, AFPD

PRESENT:  JUDGE: Michael F. Urbanski, USDJ          TIME IN COURT: 10:30 – 10:44
Deputy Clerk: Jody Turner
Court Reporter: Sonia Ferris
U. S. Attorney: Heather Carlton
USPO: N/A
Case Agent: N/A
Interpreter: N/A

**WITNESSES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Motion to Dismiss Without Prejudice [126]:
Government explains their motion to the court.
Defense does not oppose.
Government moves under Rule 6 to disclose grand jury material.
Court grants the motion to disclose under seal.
Mr. Heblich remains on the conference.
This hearing is now under seal. 10:38
The hearing is now public. 10:42
Court will enter an order directing that the Judge review the transcript befor it is released.
Court will enter the order granting the motion to dismiss.