**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal Action No.: 5:14cr00019** |
| **v.** | ) | |
| | ) | |
| **GEORGE HENRY COVARRUBAIZ,** | ) | |
| | ) | **By: Hon. Michael F. Urbanski** |
| **Defendant.** | ) | **United States District Judge** |
| | ) | |

## ORDER

This matter is before the court on the government's Motion to Dismiss Without Prejudice. In this motion, the government seeks the consent of the court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment and to do so without prejudice. The defendant does not oppose this motion nor the dismissal without prejudice.

The court held a hearing on the motion via teleconference on March 13, 2015. After a review of all applicable law and the government's grounds for the proposed dismissal, and having heard substantial evidence of this case at various motion hearings, the court finds good cause for the dismissal without prejudice.[1]

Accordingly, the Motion to Dismiss Without Prejudice, Dkt. No. 126, is **GRANTED**. The court **ORDERS** the clerk to dismiss the indictment without prejudice and **ORDERS** the release of the defendant forthwith.

It is **SO ORDERED**.

Entered:  March 13, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge

---

[1] The court ordered that a portion of the hearing be conducted in camera pursuant to Rule 6(e)(3)(E) of the Federal Rules of Criminal Procedure. The transcript of this hearing is placed **UNDER SEAL** and may only be released following the court's review of the transcript and further order.